# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                                      Case No.: 3:25−cr−50056
                                                                    Honorable Michael F. Iasparro

Jordan Robert Hefel

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2025:

      MINUTE entry before the Honorable Michael F. Iasparro as to Jordan Robert Hefel: The Court has been notified of the defendant's arrest. An in−person initial appearance is set for 10/28/2025 at 11:45 AM. Defendant, counsel for both sides, and a representative from Pretrial Services are ordered to appear in Courtroom 3200 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois, 61101. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.